■ STATEWIDE PILE DRIVING, INC., Appellant, v MATTHEW T. SOLOMON et al., Respondents. (Appeal No. 1.) [696 NYS2d 917] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.

■ STATEWIDE PILE DRIVING, INC., Plaintiff-Appellant, v MATTHEW T. SOLOMON et al., Respondents. (Appeal No. 2.) [696 NYS2d 916] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Renewal.) Present—Green, J. P., Hayes, Pigott, Jr., and Scudder, JJ.

**188** THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIO PENA, Appellant. [697 NYS2d 408] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that his plea of guilty was not knowingly, voluntarily and intelligently entered (*see, People v Hidalgo*, 91 NY2d 733; *People v Moore*, 71 NY2d 1002, 1005-1006; *People v Nixon*, 21 NY2d 338, 355, *cert denied sub nom. Robinson v New York*, 393 US 1067). Because defendant pleaded guilty before Supreme Court determined his motion to suppress, defendant forfeited his right to our review of the contentions raised in that motion (*see, People v Dunn*, 218 AD2d 814; *People v Patterson*, 194 AD2d 748, 749, *lv denied* 82 NY2d 724). We conclude that the evidence, the law and the circumstances of this case, viewed in totality and as of the time of the representation, establish that defendant received meaningful representation (*see, People v Baldi*, 54 NY2d 137, 147).

The remaining contentions of defendant, including those raised in his *pro se* supplemental brief, are encompassed by his waiver of the right to appeal (*see, People v Hidalgo, supra; People v Callahan*, 80 NY2d 273). (Appeal from Judgment of Supreme Court, Erie County, Burns, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD R. ROCKLIN, Appellant. [698 NYS2d 119] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a plea of guilty of attempted assault in the first degree (Penal Law §§ 110.00, 120.10 [1]). Defendant's knowing and voluntary waiver of the right to appeal encompasses the right to challenge Supreme Court's